124    NEW-YORK PRACTICE REPORTS.

Colvin agt. Bragden.

## SUPREME COURT.

### Colvin agt. Bragden.

After demand by defendant, of a copy complaint under § 130 of the Code, the plaintiff should be allowed *twenty days* thereafter as a reasonable time for the service (*See the case of Littlefield agt. Murin*, 4 *How. Pr. R.* 306).

*Montgomery Special Term, August* 1850. This suit was commenced by summons unaccompanied by copy complaint. Defendant, in pursuance of section 130 of the Code, demanded a copy of the complaint. The plaintiff, twenty-two days after the demand, served a copy. But previous to this service (two days) defendant had prepared and served papers and notice of motion to dismiss the complaint under section 274 of the Code.

H. Adams, *for Motion.*

T. B. Mitchell, *Contra.*

Paige, Justice.—This motion involves the question of what is a reasonable time for the service of complaint after defendant has served a demand for same in pursuance of section 130 of the Code. As this is an unsettled question the different judges of this court will be found in conflict until some definite rule is established with the approval of the court in bench. It is a matter of opinion merely as to what is a reasonable time. The Code and standing rules have omitted to define the time. My views are not exactly in accordance with the opinion of Mr. Justice Allen in the case of Littlefield agt. Murin (4 *How. Pr. R.* 306). I think twenty days would be a reasonable time for the service of the complaint; but as the court have established no definite rule as to what is a reasonable time, the plaintiff in this case should not be charged with costs. The motion is properly made; but as the plaintiff does not desire to avoid service of the complaint I will give him five days to serve copy complaint, to which defendant may have the usual time to answer; no costs to be allowed to either party.